DEC.27.2012 15:15   9734250159                    MCELROY DEUTSCH                    #0682 P.002 /003

# McElroy, Deutsch, Mulvaney & Carpenter, LLP
## ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

WALTER KRZASTEK
Direct dial: (973) 425-8149
wkrzastek@mdmc-law.com

**RECEIVED**
**DEC 27 2012**
JOEL SCHNEIDER
U.S. Magistrate Judge

December 27, 2012

*VIA FACSIMILE* 856-757-5355

Hon. Joel Schneider, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, NJ 08101

> RE: **Case Reassignment Request**
> <u>Jennifer Marko v. NECC, et al.</u>, Case No. 1:12-cv-07176-RMB-JS
> <u>Brian Pennington v. NECC, et al.</u>, Case No. 1:12-cv-07179-JHR-KMW
> <u>Christopher Hannah v. NECC, et al.</u>, Case No. 1:12-cv-07180-RBK-KMW

Dear Judge Schneider:

This office represents Ameridose, LLC in several cases pending in the United States District Court for the District of New Jersey. On November 19, 2012 Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") removed the following three cases from the Superior Court of New Jersey, Cumberland County to the United States District Court for the District of New Jersey:

> <u>Jennifer Marko v. NECC, et al.</u>, Case No. 1:12-cv-07176-RMB-JS
> <u>Brian Pennington v. NECC, et al.</u>, Case No. 1:12-cv-07179-JHR-KMW
> <u>Christopher Hannah v. NECC, et al.</u>, Case No. 1:12-cv-07180-RBK-KMW

Subsequently, Defendant NECC removed two additional cases to this Court on December 13, and eight additional cases on December 17. All ten of these subsequent cases were assigned to Judge Bumb and Magistrate Judge Schneider. To date, there are 13 cases pending against NECC, Ameridose, and multiple other defendants, and of those 11 are assigned to Judge Bumb and Magistrate Judge Schneider. One case (Pennington) is assigned to Judge Rodriguez and Magistrate Judge Williams, and one case (Hannah) is assigned to Judge Kugler and Magistrate Judge Williams.

In the interests of judicial economy, we respectfully request this Court reassign the Pennington (Case No. 1:12-cv-07179) and Hannah (Case No. 1:12-cv-07180) to Judge Bumb and Magistrate Judge Schneider.

## MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Page 2

Please feel free to contact me should there be any questions.

Respectfully,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Walter R. Krzastek

cc: *(via email)*
Michael F. Barrett, Esq.
Mary T. Gidaro, Esq.
**Saltz, Mongeluzzi, Barrett & Bendesky, P.C.**
*Counsel for Plaintiffs*

Franklin H. Levy, Esq.
**Lawson & Weitzen, LLP**
*Counsel for Defendant Alaunus Pharmaceutical, LLC*

Jay Blumberg, Esq.
**Law Offices of Jay J. Blumberg**
*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, Premier Orthopaedic Associates Surgical Center, LLC, and Dr. Kimberley Yvette Smith*

Steve Drake, Esq.
**Reynolds & Drake, P.C.**
*Counsel for Defendants Professional Pain Management and Dr. Vannette Perkins*

Steven A. Grossman, Esq.
**Montgomery, McCracken, Walker & Rhoads, LLP**
*Counsel for Defendants South Jersey Healthcare and South Jersey Regional Medical Center*

Steven A. Stadtmauer, Esq.
**Harris Beach PLLC**
*Counsel of Record for Defendant NECC*