**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JENNIFER L. MARKO and ROBERT MARKO, | ) | CIVIL ACTION NO. 1:12-cv-07176-RMB-JS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **AMERIDOSE, LLC'S CORPORATE** |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, et al., | ) ) ) ) | **DISCLOSURE STATEMENT** |
| Defendants. | ) ) | |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 3rd day of January, 2013.

                                           */s/ Walter F. Timpone*
                                           Walter F. Timpone
                                           Walter R. Krzastek
                                           McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                           1300 Mount Kemble Avenue
                                           P.O. Box 2075
                                           Morristown, NJ 07962-2075
                                           Phone:       973.425.8701
                                           Fax:            973.425.0161
                                           wtimpone@mdmc-law.com
                                           wkrzastek@mdmc-law.com
                                           *Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 3, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

>   */s/ Walter F. Timpone*
>   Walter F. Timpone
>   *Attorney for Defendant Ameridose, LLC*