# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT, PC
IRA H. ZALEZNIK
VALERIE L. PAWSON, LLC
GEORGE F. HAILER, PC+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOHN A. TENNARO, PC
DAVID A RICH, LLC*
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS+++
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON**
ROBERT J. ROUGHSEDGE++
CAROLINE A. O'CONNELL*
GLENN P. FRANK*
SCOTT P. LOPEZ
BRUCE W. EDMANDS

JEFFREY P. ALLEN
ALICE B. BRAUNSTEIN
FRANKLIN H. LEVY
BRENDA G. LEVY, LLC
KENNETH B. SKELLY***
DAVID E. GROSSMAN
IRVING SALLOWAY
DARLY G. DAVID
MICHAEL WILLIAMS
KRISTINA A. ENGBERG
MICHELE A. HUNTON++++
CHRISTINE M. PALKOSKI
ADAM C. LaFRANCE
TEOFILO JAVIER, JR.
PHILIP S. PULITZER
RYAN A. CIPORKIN
JOSHUA SEGAL*
DONALD J. GENTILE*
SANJEEV K. MAHANTA, PH.D.
CHRISTOPHER R. LEMMONS

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

February 1, 2013

**VIA OVERNIGHT MAIL**
Clerk's Office
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ 08101

Re:   *Alaunus Pharmaceutical, LLC's Time to Answer Complaint in NECC Litigation*

Dear Sir/Madam:

My firm represents Alaunus Pharmaceutical, LLC, which is a Defendant in the following actions pending in this Court:

1) *Marko et. al. v. New England Compounding Pharmacy, Inc. (NECC) et al.*, 1:12-cv-07176
2) *Pennington v. NECC et al.*, 1:12-cv-07179
3) *Hannah v. NECC et al.*, 1:12-cv-07180
4) *Leaverton et al. v. NECC et al.*, 1:12-cv-07711
5) *Jones v. NECC et al.*, 1:12-cv-07712
6) *Ramos v. NECC et al.*, 1:12-cv-07711
7) *Rios et al. v. NECC et al.*, 1:12-cv-07713
8) *Rivera et al. v. NECC et al.*, 1:12-cv-07715
9) *Tolotti et al. v. NECC et al.*, 1:12-cv-07716
10) *Tayvinsky et al. v. NECC et al.*, 1:12-cv-07717
11) *Zavacki v. NECC et al.*, 1:12-cv-07718
12) *Letizia et al. v. NECC et al.*, 1:12-cv-07724
13) *Gould et al. v. NECC et al.*, 1:12-cv-07725
14) *Tisa et al. v. NECC et al.*, 1:13-cv-00274
15) *Normand et al. v. NECC et al.*, 1:13-cv-00291



RECEIVED
FEB 0 4 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN NH
++++ALSO ADMITTED IN NJ
+ALSO ADMITTED IN DC
++ALSO ADMITTED IN RI,CT,NH & ME
***ONLY ADMITTED IN PA
+++ALSO ADMITTED IN RI,CT, & NH

1

# LAWSON & WEITZEN, LLP

Alaunus' deadline to answer the complaints in the above matters is February 1, 2013. In an effort to avoid potential default, I want to make the Court aware that Plaintiffs' counsel, Attorney Mary T. Gidaro, Saltz, Mongeluzzi, Barrett & Bendesky, P.C., assented to extending Alaunus' deadline to answer to February 22, 2013. My office has executed consent orders to this effect; however, as I am currently in the process of being admitted to this Court but have not yet received confirmation of my admission, I was unable to file the consent orders prior to the February 1, 2013 deadline. I expect to receive confirmation of my admission next week, and intend to file the consent orders as soon as I receive notice of my formal admission.

Thank you for your attention to this matter, and please contact me should you have any questions.

Very truly yours,

Michele A. Hunton
(NJ Bar No. 010962007)

cc: Mary T. Gidaro, Esq.
    Franklin H. Levy, Esq.